# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONNIE NIXON JR.**                                                    **PETITIONER**

v.                              No. 3:20-cv-409-DPM

**DOE**                                                                 **RESPONDENT**

## ORDER

Nixon hasn't responded to the 4 February 2021 recommendation; his mail is still being returned undelivered. *Doc. 8*. The Court adopts Magistrate Judge Harris's unopposed recommendation. *Doc. 7*; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Nixon's petition will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 March 2021