IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONNIE NIXON JR.                                          PETITIONER

v.                       No. 3:20-cv-409-DPM

DOE                                                       RESPONDENT

JUDGMENT

Nixon's petition is dismissed without prejudice.

*W.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

9 March 2021